BELLE H. H. CAZZANI, Appellant, *v.* TITLE GUARANTEE AND TRUST COMPANY, Respondent.

*Cazzani* v. *Title Guarantee & Trust Co.*, 175 App. Div. 369, affirmed.

(Argued March 6, 1917; decided March 20, 1917.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 4, 1916, which reversed an

order of Special Term overruling a demurrer to the complaint and sustained such demurrer. The action was brought by the creator of a trust to set aside the trust deed, claiming that it was not her intention to create an irrevocable trust, and that she had thereafter duly revoked the trust deed. The beneficiaries named in the trust deed are the plaintiff and her mother, her sister and two brothers. These last named four persons are not parties to the action and have not consented to the revocation of the trust deed. The defendant demurred to the complaint on the ground that there was a defect of parties defendant.

The following questions were certified: "1. Is there a defect of parties defendants in that the plaintiff has not made Mary A. Harper, Ora Harper Halsey, Robert Occle Harper and William George Harper parties defendants?

"2. Are Mary A. Harper, Ora Harper Halsey, Robert Occle Harper and William George Harper persons beneficially interested in the trust, within the meaning and contemplation of section 23 of the Personal Property Law?"

*Bertram L. Marks, Louis Lowenstein* and *Louis A. Valente* for appellant.

*Harold Swain* and *Robert W. Cromley* for respondent.

Order affirmed, with costs, and questions certified answered in the affirmative on opinion of PAGE, J., below.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, HOGAN, CARDOZO and CRANE, JJ. Absent: McLAUGHLIN, J.